## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 4:02cr00369-001 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ENRICO RHODES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter came before the Court on February 8, 2011, for sentencing on defendant's violation of conditions of supervised release.  Defendant was present and represented by Attorney Carlos Warner.

This matter was earlier referred to Magistrate Judge George Limbert for a Report and Recommendation.  No objections having been filed, the Court accepted and confirmed the Report and Recommendation.  Violations 1, 2 and 3 having been dismissed, the Court found that defendant violated the conditions of his supervised release as follows:

      1) leaving the district without permission.

Following statements from counsel for plaintiff and defendant, the defendant's supervised release was continued with the following additional conditions: 1) defendant shall remain in federal custody pending a determination by the supervising officer as to whether or not defendant's proposed place of residence is suitable; 2) if the proposed residence is not suitable then defendant's continued supervised release will be conditioned upon defendant residing in a

halfway house for 30 days; 3) defendant's term of supervised release will be extended for an additional two years under the conditions earlier imposed.

Defendant remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: February 8, 2011                                  *s/    James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE